IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 168TH AND DODGE L.P., a Nebraska limited partnership; <br><br>         Plaintiff, <br><br>   vs. <br><br> KONA GRILL ACQUISITION, LLC, a Delaware limited liability company; and TOG KONA SUSHI, LLC, a Delaware limited liability company; <br><br>         Defendants. | **8:25CV523** <br><br> **ORDER OF REMAND** |

This matter is before the Court on the parties' Stipulation to Remand to State Court, Filing No. 19. Pursuant to 28 U.S.C. § 1447(c), because this Court lacks subject matter jurisdiction over this case, the Court finds such an order is proper.

THEREFORE, IT IS ORDERED THAT

1. Parties' Stipulation to Remand to State Court, Filing No. 19 is granted.

2. Defendants' Motion to Dismiss, Filing No. 6, is denied as moot.

3. Plaintiff's Motion to Remand, Filing No. 13, is denied as moot.

4. This case is remanded to the District Court of Douglas County, Nebraska.

5. The clerk's office is directed to mail a certified copy of this order of remand to the Clerk of the Douglas County District Court.

Dated this 2nd day of October, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge